UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DAVID BLACKWELDER,                    )
                                      )
                    Plaintiff,        )
                                      )        **JUDGMENT IN A**
v.                                    )        **CIVIL CASE**
                                      )        **CASE NO. 5:22-CV-320-D-BM**
NORTH CAROLINA STATE BOARD OF         )
ELECTIONS,                            )
                                      )
                    Defendant.        )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 11] and DISMISSES WITHOUT PREJUDICE the action.

**This Judgment Filed and Entered on December 29, 2022, and Copies To:**

| | |
|---|---|
| David Blackwelder | (Sent to 213 Cottesbrook Drive Wake Forest, NC 27587 via US Mail) |
| Mary Carla Babb | (via CM/ECF electronic notification) |
| Terence Steed | (via CM/ECF electronic notification) |

DATE:                                       PETER A. MOORE, JR., CLERK

December 29, 2022                           (By)  /s/ Nicole Sellers

                                            Deputy Clerk